UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 NOV -5 AM 7:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CV02-S-723-NE |
| MARY GORDON, VICKI CULP, STEPHEN HOMER MORGAN, DEBORAH SCOTT-MORGAN, JESSICA SCOTT, a minor, and GARY SCOTT, a minor, | ) ) ) ) ) | |
| Defendants. | ) | |

ENTERED
NOV - 5 2002

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This action is before the court on plaintiff's application for entry of default judgment against defendant Mary Gordon, supported by the affidavit of Lynn Etheridge Hare. The court hereby finds and concludes as follows.

1. Defendant Mary Gordon was duly served with a copy of the summons and complaint, but has failed to answer or otherwise respond within the time allowed by law.

2. Defendant Mary Gordon is neither an infant nor an incompetent person, and she is not in the military service.

3. Plaintiff is entitled to entry of a declaratory judgment by default against Mary Gordon.

A separate order will be entered granting judgment by default.

ORDERED this ___4th___ day of November, 2002.

_____
United States District Judge

13